MD 1

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2020 MAY 15 A M 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DeMarqueis Johnson
Full name and prison name of
Plaintiff(s)

)
)
)
)
)
) CIVIL ACTION NO. **2:20-cv-328-RAH-CSC**
) (To be supplied by Clerk of U.S. District
) Court)
)

v.

Warden Leon Boiling
Warden Errol Pickens
Warden Maree
CO1-B. Gadson
CO1-K. Speaks
CO1-Fox

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐   No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) _____

   _____

   Defendant(s) _____

   _____

2. Court (if federal court, name the district; if state court, name the county)

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Easterling C.F._

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _W.E. Donaldson_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                  ADDRESS

1. Warden Leon Bolling - 1000 St.Clair Road Springville, AL 35146
2. Warden Errol Pickens - 1000 St.Clair Road Springville, AL 35146
3. Warden Maree - 100 Warrior Lane Bess, AL-35023
4. CO1 - B. Gadson - 100 Warrior Lane Bess, AL-35023
5. CO1 - K. Speaks - 100 Warrior Lane Bess, AL-35023
6. CO1 - Fox - 100 Warrior Lane Bess, AL-35023

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _April 24th 2018_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I was assaulted by 3 CO1 they used "Excessive Force"_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See attached sheet

GROUND TWO: See attach sheet
I was never suppose to be in the Restrictive Privilege Unit.

SUPPORTING FACTS: See attach sheet

GROUND THREE: _____

SUPPORTING FACTS: _____

Attached Sheet

V. Ground One

On April 24th at about 3:00 pm, I DeMarqueis Johnson B/M 178713 was beating up by Correctional Officers - CO1 B. Gradson/CO2 K. Speaks/CO1-Fox. This incident happen in the hallway of the Restrictive Privilege Unit at W.E. Donaldson. I had to be rushed to UAB hospital. I had broke ribs, broken lower vertibrates, and a collapsed lung. I stayed at UAB hospital from Tue April 24th - Friday 27th.

DeMarqueis Johnson 178713

Ground Two

I was not suppose to be in the Restrictive Privilege Unit at W.E. Donaldson on April 24th 2018 because "NONE" of my privilege were revoke. The Restrictive Privilege Unit is a Segregated area at W.E. Donaldson for Inmates who have been found guilty of violating rules of W.E. Donaldson. I HAD NOT BEEN FOUND GUILTY OF VIOLATING ANY RULES. And should not have been segregated from other inmates.

178713
DeMarqueis Johnson

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want CO2 B. Gadson / CO2 K Speaks / Co2 Fox arrested for 1st degree assault. I want $150,000.00 for my pain and suffering. And i want both disciplinary removed from my prison files.

_Signature /178713_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24th 2020
(Date)

_Signature /178713_
Signature of plaintiff(s)



**GINA J. ISHMAN**
CIRCUIT CLERK
MONTGOMERY COUNTY COURTHOUSE
P.O. BOX 1667
MONTGOMERY, ALABAMA 36102-1667



U.S. POSTAGE >> PITNEY BOWES

ZIP 36104    $ 000.65⁰
02 4W
0000364116 MAY 14 2020

Clerk of the Court
middle District of Alabama
1 Church St
Montgomery AL 36104

3610434018 C039