IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DeMARQUEIS WAYNE JOHNSON, #178713, ) ) ) Plaintiff, ) ) v. ) ) WARDEN LEON BOLLING, *et al.*, ) ) Defendants. ) | CASE NO. 2:20-CV-328-RAH |

**O R D E R**

This case is before the court on a Recommendation of the Magistrate Judge entered on May 10, 2020. (Doc. 3.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama, pursuant to 28 U.S.C. § 1404(a).

DONE, this 16th day of June, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE