FILED
2020 Nov-06 PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DeMARQUEIS JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-00853-MHH-HNJ |
| ) | |
| WARDEN LEON BOLLING, et al., ) | |
| ) | |
| Defendants. ) | |

## ACKNOWLEDGMENT AND WAIVER OF SERVICE

I, __Roderick Gadson__, the undersigned defendant in the above-styled action, under penalty of perjury, do hereby declare that, on the date written below, I received a copy of the complaint in this action and that I waive the necessity of any other formal process or service of process in this action.

_Roderick Gadson_
Signature of Defendant
For Corporate Defendant
By:_____
Its: _____

DATE:
_____