# Alabama Department of Corrections

## INCIDENT REPORT

| 1. Institution/Division: WILLIAM E. DONALDSON CORR. FAC | 2. Date: 4/24/2018 | 3. Time: 3:25:00 PM | 4. Inc. No: WDCF-18-00746 Class Code: B |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Indecent Exposure/Exhibitionism/Lewd Conduct | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary: Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical Failure to Obey a Direct Order of ADOC Employee | | 8: ASCA Incident Type - Secondary: III 13.1 Immediate Use of Force | |
| 9. Who Received Report: EADS, TRENTON    J | | 10. Time Incident Reported: 4/24/2018 3:30:00 PM | |
| 11. Location of Incident: South Unit | | | |
| 12. Victim(s):   Name              N/A | | | AIS |
| 13. Suspect(s):  Name              JOHNSON, DEMARQUIES | | | AIS  00178713 |
| 14. Witness(es): Name              N/A | | | AIS |
| PHYSICAL EVIDENCE: | | | |
| 15. Type of Evidence / Description: N/A | | 16. Chain of Evidence / Location & Date: N/A | |

**17. Narrative Summary:**

On April 24th, 2018 at approximately 3:25 pm, Correctional Cadet Jasmine Thornton observed inmate Demarqueis Johnson B/178713 with his penis exposed. Cadet Thornton advised Correctional Officer Corey Fox of inmate Johnson's exposure of his penis. Officer Fox walked on the black top area, ordered inmate Johnson to come with him. Once off the black top, Cadet Thornton positively identified inmate Johnson as the inmate who exposed himself. Officer Fox advised Correctional Lieutenant Timothy Pope of the incident. Officer Fox escorted inmate Johnson to the infirmary for medical evaluation prior to being placed in Restricted Privilege unit. Medical evaluation was completed by Director of Nursing, Registered Nurse Elizabeth Melton (See attached medical evaluation #1). Once medical evaluation was completed, Officer Fox escorted inmate Johnson to X-Unit for processing (Restricted Privilege Unit). Once in the corridor Correctional Officer Roderick Gadson frisked searched inmate Johnson for contraband. No contraband or weapons was confiscated. Correctional Officer Roderick Gadson ordered inmate Johnson to remove his belt and go to cell X-42. Inmate Johnson complied with the instruction to remove his belt. Inmate Johnson stated that he was not going to a fucking cell that he had not did anything. The order to go to cell X-42 was repeated several times. Inmate Johnson refused each order. Officer Gadson utilized his state issued can of Saber Red (can #38, chit #38, Serial #5018256) and sprayed a single one second burst to the facial area of inmate Johnson. Inmate Johnson was ordered to lay on the floor, but refused. Officer Fox subdued inmate Johnson the floor utilizing a two on one take down technique. Inmate Johnson resisted and was combative. Inmate Jonson was ordered to cease his combative and resistive behavior. Inmate Johnson refused and continued being combative and resisting orders given to him. In an attempt to stabilize inmate Johnson Officer Gadson quickly placed his right knee on the left side of inmate Johnson to assist with subduing inmate Johnson so handcuffs could be applied. Once inmate Johnson was handcuffed all use of force was ceased. Inmate Johnson was escorted to the infirmary for decontamination and medical evaluation. (See attached medical evaluation #2) Inmate Johnson did not submit a written statement but did make the following statement to Correctional Sergeant Trenton Eads, that he was on the dip bar, exercising when he got off he could have accidently exposed himself. After he was escorted to X-Unit corridor he was swung on. Once medical decontamination was completed, per orders of Dr. Roy Roddam, inmate Johnson was transported to a free world medical facility for evaluation and treatment by Correctional Officer Corbin Tunstall and Geoffrey Griffin. At the time of this report inmate Johnson has been admitted to UAB Medical Center in Birmingham, Alabama. On April 28, 2018 at approximately 5:00 pm inmate Johnson returned to Donaldson Correctional Facility. Inmate Johnson was housed in the infirmary (Z1-5). Inmate Johnson submitted a written statement concerning the incident. Disciplinary(s) will be issued to inmate Johnson. Notifications were made. 4/24/2018 5:42 PM by trenton.eads 4/25/2018 1:46 PM by trenton.eads 4/25/2018 2:00 PM by

Alabama Department of Corrections

**INCIDENT REPORT CONTINUATION WDCF-18-00746**

**17. Narrative Summary:**

trenton.eads 4/28/2018 8:49 AM by trenton.eads 4/28/2018 8:49 AM by trenton.eads

Signature: _____

Alabama Department of Corrections

USE OF FORCE                                           NCDT013

INVESTIGATIVE REPORT

**Incident No:** WDCF-18-00746        **Date:** 04/24/2018        **Time:** 3:25PM

**List below personnel from Incident:**         **List below inmates from Incident:**

JOHNSON, DEMARQUIES

**Type of Force:**   Chemical Agents/ Physical/

**Finding:**

Finding: This investigation was conducted by Correctional Captain Terry Thomas by interviewing Correctional Officers Corey Fox, Roderick Gadson, and Keller Speaks also inmate Demarquies Johnson B/178717 as well as reviewing all available documentation pertaining to the incident.
Captain Terry Thomas interviewed Officer Fox concerning the incident involving inmate Demarquies Johnson B178717. Officer Fox stated, he escorted inmate Johnson to X-Unit to be placed in Restricted Privilege Dorm. Once in the unit inmate Johnson was given instructions to remove his belt and he (inmate Johnson) said he was not going in the unit. He was given several orders to go into the unit by Officer Gadson and Officer Fox. Officer Gadson sprayed inmate Johnson in the facial area. Officer Fox was asked did he use any other force or did he witness any other force beside the spray. Officer Fox stated, no.
Officer Gadson was interviewed by Captain Thomas concerning incident. Officer Gadson stated, he gave inmate Johnson several commands to go into the unit. Inmate Johnson refused all the commands that were given to him. Officer Gadson stated, he tried to deescalate the situation by talking calmly to inmate Johnson. Officer Gadson stated, he sprayed inmate Johnson in the facial area. Officer Fox was attempting to place handcuffs on him (Johnson), after taking to floor. Inmate Johnson attempted to get up. Officer Gadson forcefully placed his knee in the back area of inmate Johnson keeping him on the floor. Officer Gadson is approximate 300 pounds and inmate Johnson is approximately 145 pounds.
Captain Thomas interviewed inmate Johnson concerning the incident. Inmate Johnson stated, he did masturbate on no officer. Inmate Johnson stated, Officer Gadson sprayed him in the face and Officer Fox handcuffed him. After he was handcuffed, Officer Fox and Officer Speaks slapped and kicked while he was on the ground.
Captain Thomas interviewed Officer Speaks concerning the incident. Officer Speaks stated, he responded to the call for a supervisor reporting to X and Y Unit. Officer Speak was roving in Y-Unit when he heard the radio transmission. Officer Speaks stated, he came into the corridor, observed inmate Johnson handcuff to the rear and being escorted out of the unit by Officer Fox. Captain Thomas asked Officer Speaks did he use any force or witness any force used on inmate Johnson. Officer Speaks stated, no. Captain Thomas is aware that Officer Gadson is approximate 300 pounds and inmate Johnson is approximately 145 pounds. Inmate Johnson did sustain injuries causing him to seek outside treatment.

5/3/2018 3:00 PM by \terry.thomas

**Recommendations of Investigating Officer:**

Recommendations of Investigating Officer: Based on the information I have received, the use of force was necessary and justified. Officer Gadson and Officer Fox used a minimum amount of force to gain control of the situation.

                                                                                          5/3/2018
                                    _____
                                    **Correctional Captain Terry Thomas Signature**        **Date**

# Alabama Department of Corrections
## Inmate Body Chart Documentation Form

Institution: **WEDCF**  Date: **4/24/18**  Time: **1530**

Individual Requesting Body Chart (print name): **Eads**  Title: **Sgt.**

Inmate statement:

"*My mouth is bleeding.*"

**Description of markings:**

① small area/abrasion inside of upper lip. no other injuries/wounds noted.

**Check below:**
- [X] *NET additionally completed and filed in the inmate health record.
- [ ] *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **E Melton RN/DON**  Date: **4/24/18**  Time: **1530**

Inmate Name: **Johnson, Demarqueis**  AIS #: **178713**  DOB: [redacted]

Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

WDCF 18 00046  Alabama Department of Corrections  MEDICAL

# Inmate Body Chart Documentation Form

#2

**Institution:** WEDCF    **Date:** 4/24/18    **Time:** 1600

**Individual Requesting Body Chart (print name):** Caldwell,    **Title:** HSA Cpt.

**Inmate statement:**

" none "

**Description of markings:**

① abrasion to inside of upper lip. no bleeding noted. no other injuries/wounds noted. I/u escorted by DOC.

**Check below:**

___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

**Health Professional (signature):** E Melton RN DON    **Date:** 4/24/18    **Time:** 1600

**Inmate Name:** Johnson, Demarqueis    **AIS #:** 178713    **DOB:** [redacted]

Issued 8/2014

File: Original-Inmate Health File    Copy: ADOC Official
ADOC Office of Health Services    Form E 11 (a) 8/2014

Alabama Department of Corrections

# DUTY OFFICER REPORT

| 1. Institution/Division: WILLIAM E. DONALDSON CORR. FAC | 2. Date 4/24/2018 | 3. Time 3:25:00 PM | 4. Inc. No: Class Code: | WDCF-18-00746 B |
|---|---|---|---|---|
| 5. Type of Incident - PRIMARY: Indecent Exposure/Exhibitionism/Lewd Conduct | | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary: Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical Failure to Obey a Direct Order of ADOC Employee | | | 8. ASCA Incident Type - Secondary: III 13.1 Immediate Use of Force | |
| 9. Location of Incident: South Unit | | | | |

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |
| Offense(s) | | | | | | | |

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| JOHNSON, DEMARQUIES | 00178713 | B / M | | JEFFERSON | 07/27/2007 | 40Y 0M 0D | 05/30/2047 |
| Offense(s) | ASSAULT I,FORGERY II,FRAUD USE/REPRES CREDIT CARD,ROBBERY I | | | | | | |

**BRIEF Narrative:**

On April 24th, 2018 at approximately 3:25 pm, Correctional Cadet Jasmine Thornton observed inmate Demarqueis Johnson B/178713 with his penis exposed. Cadet Thornton advised Correctional Officer Corey Fox of inmate Johnson's exposure of his penis. Officer Fox walked on the black top area, ordered inmate Johnson to come with him. Once off the black top, Cadet Thornton positively identified inmate Johnson as the inmate who exposed himself. Officer Fox escorted inmate Johnson to the infirmary for medical evaluation prior to being placed in Restricted Privilege unit. Once medical evaluation was completed, Officer Fox escorted inmate Johnson to X-Unit (Restricted Privilege Unit). Once in the corridor, Correctional Officer Roderick Gadson ordered inmate Johnson to remove his belt and go to cell X-42. Inmate Johnson did remove the belt but refused to go to cell X-42, stating the he had not done anything. The order to go to cell X-42 was repeated several times. Inmate Johnson refused each order. Officer Gadson utilized his state issued can of Saber Red (can #38, chit #38, Serial #5018256) and sprayed a single one second burst to the facial area of inmate Johnson. Inmate Johnson was ordered to lay on the floor, but refused. Officer Fox subdued inmate Johnson the floor. Inmate Johnson resisted and Officer Gadson placed his right knee on the left side of inmate Johnson to subdue inmate Johnson so handcuffs could be applied. Once inmate Johnson was handcuffed, inmate Johnson was escorted to the infirmary for decontamination and medical evaluation. Once decontamination was completed, inmate Johnson was transported to a free world medical facility for evaluation and treatment by Correctional Officer Corbin Tunstall and Geoffrey Griffin. Disciplinary(s) will be issued to inmate Johnson. Notifications were made. See 302A for complete details.   4/24/2018 5:42 PM by trenton.eads