UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DeMARQUEIS JOHNSON )
AIS #178713 )
Plaintiff )
)
V ) Case No. 2:20-cv-00853-MHH-HNJ
)
LEON BOLLING, Warden, et al., )
)
Defendants )

## PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE RECOMMENDATION AND REPORT DISMISSING HIS CLAIM OF A PROCEDURAL DUE PROCESS VIOLATION OF THE DISCIPLINARYS

The Plaintiff argument is this, on line #3 of Disciplinary # WDCF-18-00746-1 it says occured on or about Apr 24th 2018 at 3:25 PM at South Unit. Disciplinary # WDCF-18-00746-2 says occured on or about Apr 24th 2018 at 3:25 PM at South Unit. The ADOC-403 Admin. Reg says that lines 1-4 must be true and correct. On line #13 COI-Gadson said i disobeyed a direct order from him while being processed into the Restricted Privileged unit. That contradicts line #3 (at South Unit). Procedural due process for prisoners facing disciplinary actions requires (1) advance written notice of the charges; (2) a written statement of the reasons for the disciplinary action taken. The hearing officer LT. Peterson was told this in the plaintiff's disciplinary hearing May 2nd 2018 but did not put it in writing as a cover up

for excessive force. Two incedents can not happen at the same time at different locations. A constitutional right violation does exists against being falsely accused, If the disciplinary proceeding was otherwise fair and adequate. The fact that plaintiff was given 2 disciplinary that had on line #3 of both disciplinary,s Apl 24th 2018 3:25 PM at South unit is proof he did not get a fair and adequate disciplinary hearing by L.T. Wallace L Peterson. And both disciplinary should've been disapproved by Warden Pickens!

The plaintiff was found guilty on both disciplinary and the defendants (Pickens) failed to comply with AR 403. Pro IV C.3 as Follows:

"If the Warden/Division Director/designee approves a disciplinary report he/she shall reflect this action on line 21. A completed "signed" copy of the disciplinary report shall be served on the inmate as soon as possible.

A review of both disciplinarys WDCF-18-00746-1 WDCF-18-00746-2 shows "only" a purpose typing of the defendants (Pickens) name or an attempt by the defendants (Pickens) to comply with Rule 57 (F) [electronic signatures] an e signature is created by typing (S) followed by the name of the person who is signing an e-document. But by either effort the defendants failed to comply with Amin. Reg 403 Pro. IV C.3 on line 21 of the disciplinary report.

* The plaintiff seeks the removal and expungment of the 2 disciplinary from his file because the defendant (Pickens) FAILED to comply with AR 403 Pro, IV C.3 or Rule 57 (F) of the Ala.R.App.A

LEGAL USE ONLY

## CERTIFICATE OF SERVICE

I certify that i have served a copy this Objection to the Magistrate Judge Reccommendation to A.G. Marshall at 501-Washington Ave Montgomery, AL-36130 on this Date July 26th 2021 by placeing said in the U.S. mail, First class postage prepaid.

DeMarqueis Johnson AIS 178713

DeMarquis Johnson AIS 178913
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729-5th Ave North
Birmingham, AL-35203-2040