## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DeMARQUEIS WAYNE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:20-cv-00853-MHH-HNJ |
| | ) | |
| B. GADSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

The court **SETS** a Zoom status conference for **10:00 a.m.** on **Wednesday, January 12, 2022**. The court will provide the log-in information to the parties by email.

**DONE** this 14th day of December, 2021.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE