# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEMARQUIES W. JOHNSON, ) <br> AIS #178713, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEON BOLLING, Warden, et al, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 2:20-cv-00853-MHH-HNJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Defendants in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff, DeMarquies W. Johsnon, respectfully submit this Joint Stipulation of Dismissal with Prejudice, wherein the parties represent that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted on July 18, 2022.

DeMarquies Johnson, AIS #178713
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749

*Tara S. Hetzel* (signature)

Tara S. Hetzel
Deputy Attorney General
Counsel for Defendants

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Tara.Hetzel@AlabamaAG.gov

2