FILED

2022 Jul-20  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DEMARQUEIS WAYNE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:20-cv-00853-MHH-HNJ |
| | ) | |
| B. GADSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The parties have submitted a Joint Stipulation of Dismissal with Prejudice.  (Doc. 55).  By signing the joint stipulation, the parties have represented that they settled this action and agreed to dismiss the action with prejudice such that the Court may close the file.

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties' joint stipulation effectuated the dismissal of this action.  *See Est. of W. v. Smith*, 9 F. 4th 1361, 1367 (11th Cir. 2021) (finding that the parties' failure to cite Rule 41 with particularity did not preclude its application).  Accordingly, this matter is concluded, and the Clerk of Court is **DIRECTED** to please **CLOSE** the case.

Costs are taxed as paid.

**DONE** and **ORDERED** this July 20, 2022.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE